7-13-2015 (date)

JAMES EDWARD ECHOLS I.D.# 1257036
MARK W. STILES UNIT
3060 FM 3514
BEAUMONT, TEXAS 77705

RECEIVED IN
COURT OF CRIMINAL APPEALS

JUL ᴾᴬ 2015

Abel Acosta, Clerk
79,030-01

CCA NO. WR-79,030-01

MR. ABEL ACOSTA, CLERK
COURT OF CRIMINAL APPEALS
P.O. BOX 12308, CAPITOL STATION
AUSTIN, TEXAS 78711

Dear Mr. ACOSTA:

"Greetings!" I am contacting your District Clerk office to Notify you that I am Request for copy of M+ entire

1. "Post conviction Brief - Appellant (defense) and Post conviction Brief - Respondent (prosecution)"
2. "The appellate court reords"
3. "The Briefs"
4. "A copy of the opinions of the court of appeals!
5. "A copy of the motions fired in the court of appeals! and
6. "Certified copies of any judgment or order of the court of appeals!
7. "I would like the court of criminal Appeals to Answer to the Briefs"
8. "I want to know who wrote the Briefs"
9. "Copies of the Briefs"
10. "when was the Briefs"
11. "When was the Briefs Dismiss"
12. "I would like the copies of the writ Habeas corpus application        Please Turn over→

origmal filed in the court of criminal Appeals at that time,

I would like everything in my Appeal case Don't leave anything out if I don't get what I want, Iam gomg to tell you like this or This what going to happen "In civil service," and I will sue your fucking ass on a dozen different Theories of discrimination,

Also I will sue all your fucking ass in that Court for Millionaire bucks for everything. And I'll win, and get a judgment, then I'll hound your fucking ass until you file for bankruptcy."

THankyou! yours in christ,

Sincerely,

James Edward Echols

JAMES EDWARD ECHOLS IID:# 1757036
Segreation (seg) UNIT (12 CE-68cell)

CC=